UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:18-bk-01417-CCJ

In Re:
Vincenta Escobedo
    Debtor.
_____/

# FINAL MEDIATION REPORT
# (1ST MORTGAGE)

In accordance with the Mortgage Modification Mediation Order a mediation was initially scheduled for July 24, 2018 for the following property: 9013 Aliso Ridge Road Gotha, FL 34734. However prior to attending the parties agreed to reschedule mediation. In the interim the following occurred:

    No agreement was reached.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic mail to:

**Debtors' Counsel**, Aldo Bartolone, Esquire, Bartolone Legal Group P.A. 4767 New Broad St. Orlando, FL 32814.

**Chapter 13 Trustee**, Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32792;

**Creditor**, c/o Creditor's Counsel; Chad Sliger, Esq., Albertelli Law, 5404 Cypress Center Dr. Ste. 300, Tampa, FL 33609.

Respectfully submitted this 9th day of September, 2018.

/s Viktoria Collins
Viktoria Collins, Esquire
Circuit Court Mediator
Certification No.: 20426CFRA
Fla. Bar No. 0521299
200 South Knowles Avenue
Winter Park, FL 32789
Telephone: (407) 790 4173
Facsimile:   (407) 347 4092